IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY HARRIS** | : | CIVIL ACTION NO. 1:14-CV-2074 |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| **ADAMS COUNTY DOMESTIC RELATIONS, et al.** | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the above captioned action is a March 10, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, this 1st t day of April 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the report and recommendation of Magistrate Judge Mehalchick.

2) All claims for injunctive relief are **DISMISSED**, as the *Younger* doctrine requires abstention.

3) All claims against Defendants Adams County Domestic Relations Section, William Gold, Susan Gantz, Kelly Carothers, Emily Coolbaugh, Sarah E. Deihl, Robert G. Bigham, Brett Dillman, Sherri Piper, and Carol N. Newman are **DISMISSED** and the case be terminated as to each of these Defendants.

4) Plaintiff shall have thirty (30) days leave to amend his complaint with respect to his claims against Defendants Genevieve Dobson and Bernard A. Yannetti in accordance with Rule 8(e)(1) of the Federal Rules of Civil Procedure.

5) The case is referred back to Magistrate Judge Mehalchick for further pretrial

management.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania