IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TERRY HARRIS | : | CIVIL ACTION NO. 1:14-cv-2074 |
|---|---|---|
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| ADAMS COUNTY DOMESTIC RELATIONS, et al. | : | |
| Defendant | : | |

## O R D E R

Before the Court in the captioned action is a September 16, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 6th day of October 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 16);

2) Plaintiff's letter (Doc. No. 15) is construed as a notice of voluntary dismissal pursuant to Fed R.Civ.P. 41(a)(1)(A)(i);

3) This action is **DISMISSED WITHOUT PREJUDICE** at the request of the Plaintiff pursuant to Fed.R.Civ.P. 41(a)(1); and

3) The Clerk of Court shall **CLOSE** the case.

                                                s/ Yvette Kane
                                                YVETTE KANE, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania